AMERICAN FINANCIAL SERVICES ASSOCIATION ET AL.,
APPELLANTS, *v.* CITY OF TOLEDO, APPELLEE.

[Cite as *Am. Financial Servs. Assn. v. Toledo,*
112 Ohio St.3d 323, 2006-Ohio-6569.]

(Nos. 2005–1240 and 2005–1241—Submitted December
13, 2006—Decided December 20, 2006.)

---

{¶ 1} The certified question is answered in the affirmative, the judgment of the court of appeals is reversed on the authority of *Am. Financial Servs. Assn. v. Cleveland,* 112 Ohio St.3d 170, 2006-Ohio-6043, 858 N.E.2d 776, and the judgment of the trial court is reinstated.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent for the reasons stated in their dissenting opinions in *Am. Financial Servs. Assn. v. Cleveland,* 112 Ohio St.3d 170, 2006-Ohio-6043, 858 N.E.2d 776.

---

Vorys, Sater, Seymour & Pease, L.L.P., John Winship Read, and John J. Kulewicz, for appellant American Financial Services Association.

Jim Petro, Attorney General, Douglas R. Cole, State Solicitor, and Sharon A. Jennings and Holly J. Hunt, Assistant Attorneys General, for appellant Attorney General.